UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOAS DUNN,<br><br>Defendant.<br>_____/ | Violations: 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 922(g)(1)<br><br>Case: 2:25-cr-20754<br>Assigned To : White, Robert J.<br>Referral Judge: Grand, David R.<br>Assign. Date : 10/7/2025<br>USA V. CARLOAS DUNN (CMC) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
*Possession of a Controlled Substance with Intent to Distribute*

On or about October 7, 2020, in the Eastern District of Michigan, Southern Division, the defendant, Carloas Dunn, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
*Possession of a Controlled Substance with Intent to Distribute*

On or about October 7, 2020, in the Eastern District of Michigan, Southern Division, the defendant, Carloas Dunn, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### 18 U.S.C. § 924(c)(1)(A)
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

On or about October 7, 2020, in the Eastern District of Michigan, Southern Division, the defendant, Carloas Dunn, knowingly possessed a firearm, that is, one Glock 33 pistol, in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of a controlled substances with intent to distribute, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about October 7, 2020, in the Eastern District of Michigan, Southern Division, the defendant, Carloas Dunn, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 33 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g) or 924 (c), the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses, including, but not limited to a Glock 33 pistol.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

- one Glock 33 pistol;
- $17,575 in United States currency.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent & Major Crime Unit
Assistant United States Attorney

Dated: October 7, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | AUSA's Initials: C.W |

Case Title: USA v. CARLOAS DUNN

County where offense occurred: Wayne

Check One:  ☒ Felony  ☐ Misdemeanor  ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 7, 2025
Date

*/s/ Craig Wininger*
Craig Wininger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
313-226-9569
Craig.Wininger@usdoj.gov
P57058

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.